

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-18-00213-CV

Maria Eugenia **FREEZE**,
Appellant

v.

Erwin Florentino **RAMIREZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15361
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's brief was due on July 5, 2018. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a first motion for a forty-five day extension of time to file her brief until August 20, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on August 20, 2018. Further motions for extension of time to file Appellant's brief are discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court